**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000644
29-APR-2021
08:06 AM
Dkt. 74 OCOR**

NO. CAAP-19-0000644

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


STATE OF HAWAI‘I, Plaintiff-Appellee, v.
MICHAEL A. CATTANEO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 2PC151000023; CR. NO. 2PC151000122)

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Memorandum Opinion of the court, filed on February 24, 2021, is hereby corrected as follows:

At page 32, line 2 from top, replace the word "ineffective" with "effective" so that the sentence now reads as follows:

> denied effective assistance of counsel on his
> Motion to Reduce

The clerk of the court is directed to incorporate the foregoing change in the original memorandum opinion.

DATED: Honolulu, Hawai‘i, April 29, 2021.

/s/ Katherine G. Leonard
Associate Judge